**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  KELLY SPARKS<br><br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  KELLY SPARKS<br><br>          Respondents | Case No. 17-70430JAD<br><br>Chapter 13<br><br>Related to<br>Document No.  38 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  24th  day of  July , 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Northern Bedford Schools
Attn: Payroll Manager
217 Nbc Dr
Loynsburg, PA 16659

is hereby ordered to immediately terminate the attachment of the wages of KELLY SPARKS, social security number XXX-XX-8200.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KELLY SPARKS.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
7/24/20 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70430-JAD
Kelly Sparks                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: agro              Page 1 of 1              Date Rcvd: Jul 24, 2020
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2020.
db              +Kelly Sparks,    143 Old Shadyside,    Hopewell, PA 16650-7611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2020 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        Lawrence W. Willis    on behalf of Debtor Kelly  Sparks ecf@westernpabankruptcy.com,
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 4