**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number  17-70430-JAD |
| | : | |
| Kelly Sparks, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Kelly Sparks, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 27, 2020 at docket number 41, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: July 27, 2020                    By:    /s/ Lawrence Willis
                                               Lawrence W Willis, Esquire
                                               PA I.D. # 85299
                                               Willis & Associates
                                               201 Penn Center Blvd
                                               Pittsburgh, PA 15235
                                               Tel: 412.235.1721
                                               Fax: 412.542.1704
                                               Email: lawrencew@urfreshstrt.com
                                               Attorney for Debtors

**PAWB Local Form 24 (07/13)**