Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kelly Sparks**
Debtor(s)

Bankruptcy Case No.: 17–70430–JAD

Chapter: 13
Docket No.: 47 – 46

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 28th of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/28/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/6/21 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/28/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70430-JAD |
| Kelly Sparks | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: 408 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Sparks, 143 Old Shadyside, Hopewell, PA 16650-7611 |
| 14638120 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 14638122 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14638121 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14667189 | + | Conemaugh Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638125 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14638128 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14651247 | + | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638129 | + | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14638130 | + | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |
| 14638135 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14638136 | + | Trac/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14638124 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2020 00:32:00 | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14638126 | + | Email/Text: bankruptcynotice@fcbanking.com | Oct 30 2020 00:31:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14638123 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 30 2020 00:41:57 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14638127 | | Email/Text: camanagement@mtb.com | Oct 30 2020 00:31:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14723786 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2020 00:41:59 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14638132 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:12 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14638133 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:29 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14638134 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:41:55 | Syncb/yamaha, C/o 900 Concourse Dr, Rapid City, SD 57703-4762 |

TOTAL: 8

# BYPASSED RECIPIENTS

Case 17-70430-JAD    Doc 48    Filed 10/31/20    Entered 11/01/20 00:30:04    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: jfur | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2020 | Form ID: 408 | Total Noticed: 20 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 14651245 | *+ | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14651246 | *+ | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14651244 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14651248 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14690011 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14638131 | *+ | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Kelly Sparks ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4