## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KELLY SPARKS

        Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
        Movant
        vs.
No Respondents.

Case No.:17-70430 JAD

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/03/2017  and confirmed on 8/18/17 .  The case was subsequently      Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 64,301.04 |
| Less Refunds to Debtor | 8,664.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,636.53 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,000.00 | |
|    Trustee Fee | 2,729.45 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,729.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 29,986.96 | 0.00 | 29,986.96 |
|    Acct: 6003 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 19,086.91 | 19,086.91 | 0.00 | 19,086.91 |
|    Acct: 6003 | | | | |
| | | | | 49,073.87 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| KELLY SPARKS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| KELLY SPARKS | 8,664.51 | 8,664.51 | 0.00 | 0.00 |
|    Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 1329 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 7198 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6311 | | | | |
| CONEMAUGH NASON MEDICAL CENTER | 533.14 | 533.14 | 0.00 | 533.14 |
|    Acct: 8200 | | | | |
| PINNACLE CREDIT SERVICES LLC - ASSI( | 300.07 | 300.07 | 0.00 | 300.07 |
|    Acct: 0001 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| | | | | 833.21 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 49,907.08 |

TOTAL CLAIMED
PRIORITY                    0.00
SECURED              19,086.91
UNSECURED               833.21


Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   KELLY SPARKS

         Debtor(s)

   Ronda J. Winnecour
          Movant
       vs.
   No Repondents.

Case No.:17-70430 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                              BY THE COURT:

                              _____
                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Kelly Sparks

    Debtor(s)

Case No. 17-70430-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: jfur | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Sparks, 143 Old Shadyside, Hopewell, PA 16650-7611 |
| 14638120 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 14638122 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14638121 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14667189 | + | Conemaugh Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638125 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14638128 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14651247 | + | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638129 | + | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14638130 | + | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |
| 14638135 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14638136 | + | Trac/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14638124 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 30 2020 00:32:00 | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14638126 | + | Email/Text: bankruptcynotice@fcbanking.com | Oct 30 2020 00:31:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14638123 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 30 2020 00:41:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14638127 | | Email/Text: camanagement@mtb.com | Oct 30 2020 00:31:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14723786 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2020 00:42:16 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14638132 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:13 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14638133 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:30 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14638134 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 30 2020 00:42:29 | Syncb/yamaha, C/o 900 Concourse Dr, Rapid City, SD 57703-4762 |

TOTAL: 8

# BYPASSED RECIPIENTS

District/off: 0315-7                                    User: jfur                                         Page 2 of 2
Date Rcvd: Oct 29, 2020                                 Form ID: pdf900                                   Total Noticed: 20

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 14651245 | *+ | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14651246 | *+ | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14651244 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14651248 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14690011 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14638131 | *+ | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Kelly Sparks ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4