| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kelly Sparks** | Social Security number or ITIN    xxx–xx–8200 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–70430–JAD** | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kelly Sparks

12/29/20                                             **By the court:**    <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70430-JAD |
| Kelly Sparks | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Sparks, 143 Old Shadyside, Hopewell, PA 16650-7611 |
| 14638120 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 14667189 | + | Conemaugh Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638125 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14638128 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14651247 | + | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638130 | + | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |
| 14638136 | + | Trac/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 30 2020 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2020 01:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14638122 | | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14638121 | + | EDI: BANKAMER.COM | Dec 30 2020 05:43:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14638124 | + | EDI: CCS.COM | Dec 30 2020 05:43:00 | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14638126 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 30 2020 01:59:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14638123 | | EDI: JPMORGANCHASE | Dec 30 2020 05:43:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14638127 | | Email/Text: camanagement@mtb.com | Dec 30 2020 01:59:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14723786 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2020 02:36:22 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14638129 | + | EDI: CITICORP.COM | | |
|  |  |  | Dec 30 2020 05:43:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14638132 | + | EDI: RMSC.COM | | |
|  |  |  | Dec 30 2020 05:43:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14638133 | + | EDI: RMSC.COM | | |
|  |  |  | Dec 30 2020 05:43:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14638134 | + | EDI: RMSC.COM | | |
|  |  |  | Dec 30 2020 05:43:00 | Syncb/yamaha, C/o 900 Concourse Dr, Rapid City, SD 57703-4762 |
| 14638135 | + | EDI: CITICORP.COM | | |
|  |  |  | Dec 30 2020 05:43:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | NATIONSTAR MORTGAGE LLC |
| 14651245 | *+ | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14651246 | *+ | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14651244 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14651248 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14690011 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14638131 | *+ | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Kelly Sparks ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7            User: aala            Page 3 of 3
Date Rcvd: Dec 29, 2020            Form ID: 3180W            Total Noticed: 22

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 4