**IN THE UNITED STATES BANKRUPTCY COURT** **DEFAULT O/E JAD**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    KELLY SPARKS

        Debtor(s)

Ronda J. Winnecour
        Movant
   vs.
No Repondents.

Case No.:17-70430 JAD

Chapter 13

Document No.: 46

FILED
12/29/20 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __29th__ day of __December__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70430-JAD |
| Kelly Sparks | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Sparks, 143 Old Shadyside, Hopewell, PA 16650-7611 |
| 14638120 | + | Amer Home Bk, 805 Estelle Drive, Lancaster, PA 17601-2131 |
| 14638122 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14638121 | + | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14667189 | + | Conemaugh Nason Medical Center, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638125 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14638128 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14651247 | + | Nason Hospital, 105 Nason Drive, Roaring Spring, PA 16673-1202 |
| 14638129 | + | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14638130 | + | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |
| 14638135 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14638136 | + | Trac/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14638124 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2020 02:00:00 | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14638126 | + | Email/Text: bankruptcynotice@fcbanking.com | Dec 30 2020 01:59:00 | First Commonwealth Ban, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14638123 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 30 2020 02:36:13 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14638127 | | Email/Text: camanagement@mtb.com | Dec 30 2020 01:59:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14723786 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2020 02:24:36 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14638132 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:36:10 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14638133 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:36:10 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14638134 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2020 02:29:39 | Syncb/yamaha, C/o 900 Concourse Dr, Rapid City, SD 57703-4762 |

TOTAL: 8

# BYPASSED RECIPIENTS

| District/off: 0315-7 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 20 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| 14651245 | *+ | Credit Coll, Po Box 710, Norwood, MA 02062-0710 |
| 14651246 | *+ | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14651244 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14651248 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar, 350 Highland Dr, Lewisville, TX 75067 |
| 14690011 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14638131 | *+ | Susquehanna Bank Pa, 13511 Label Ln, Hagerstown, MD 21740-2466 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Lawrence W. Willis | on behalf of Debtor Kelly Sparks ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4